

# WEST PALM BEACH

Police Department



_____

**Internal Affairs Unit**

_____

07/25/2025

Gerardo Ortiz
800 Ridgewood Drive
West Palm Beach, FL 33405

Re: IA 25-042

Dear Mr. Gerardo Ortiz,

The Administrative Review conducted by the Police Department concerning your complaint regarding alleged misconduct by members of the West Palm Beach Police Department has been finalized.

An Administrative Investigation was undertaken to ascertain whether any members acted inappropriately or contravened departmental policies.

Based on the evidence documented in the case file, the West Palm Beach Police Administration has reached a finding of Sustained.

Your complaint, along with the department's review and investigation, will be retained on file within the Internal Affairs Unit. Additionally, a copy will be included in the respective internal affairs records of the accused members. You are entitled to review the investigative file related to this complaint and may request a copy by contacting the West Palm Beach Police Department Records Division at (561) 822-1880.

Sincerely,

*David Washington #1834*

Sergeant David Washington #1834
Internal Affairs Unit
(561) 822-1767



# WEST PALM BEACH
# POLICE DEPARTMENT

## CITIZEN COMPLAINT AND INQUIRY FORM



Name of Complainant: _GERARDO    ORTIZ   VIA  ANGEL ORTIZ_

Race: _W_    Sex: _M_   Date of Birth: _8/6/85_

Contact Information:  Address: _2800 GEORGIA AVE_

City: _WPB_    State: _FL_   Zipcode: _33405_

Contact Number(s): _____   Cell: _561 346 0708_

Date of Incident: _3-1-25_   Time: _0300_   Case Number: _2025-0053199_

Location of Incident: _2800 GEORGIA AVE_

Name of Involved Employee(s) and ID#: _SGT ALLISON #1487_

**Summary of Incident:**

_SEE ATTACHED_

_____

_____

_____

Complainant's Signature: _X_____   Date: _3-11-25_

Supervisor Receiving Complaint: _LT. ALTERAUD_   ID#: _1309_
(Print Name)

Supervisor's Signature: _LT. _____ 1309_   Date: _3-11-25_

**Supervisor Comments:**

☐ Court Issue

☐ Resolved with Citizen and/or No Further Action Deemed Necessary (Memo Attached)

☒ Formal Complaint    ☐ Statement of Complaint hand delivered

☐ Statement of Complaint mailed off

**Additional Comments:**

_____

_____

---

*Internal Affairs Use:*

Date Receive:_____ Assigned Investigator: _____ CCIF#: _____

Disposition:




# WEST PALM BEACH
# POLICE DEPARTMENT

## CITIZEN COMPLAINT AND INQUIRY FORM

Name of Complainant: _Gerardo Ortiz_

Race _B W_  Sex: _M_  Date of Birth: _08/06/1975_

Contact Information: Address: _800 Ridgewood Dr_

City: _West Palm Beach_  State: _FL_  Zipcode: _33401_

Contact Number(s): _561-396-8703_  Email: _gymtime686@gmail.com_

Date of Incident: _04/24/2025_  Time: _9:30 pm_  Case Number: _____

Location of Incident: _104 S. Datura St. WPB FL 33401_

Name of Involved Employee(s) and ID#: _Sgt Allison & Lt Herb_

**#25-092**

### Summary of Incident:

_Complaint received a telephone call from his girlfriend regarding Sgt Allison_
_who was at E.R. Bradley's. Complaint has an open complaint against Sgt Allison._
_Complainant contacted Lt. Herb who was defensive and aggressive. Complainant_
_would like to file a formal complaint against Sgt Allison and Lt. Herb for there_
_actions and behavior._

Complainant's Signature: X _____  Date: _04/25/2025_

Supervisor Receiving Complaint: _D. Washington_  ID #: _1834_
(Print Name)

Supervisor's Signature: _____  Date: _04/25/2025_

Supervisor Comments:

[ ] Court Issue  [ ] Statement of Complaint hand delivered
[X] Formal Complaint  [ ] Statement of Complaint mailed
[ ] Resolved with Citizen and/or No Further Action Deemed Necessary (Memo Attached)

Additional Comments:

_____

_____

_____

*Internal Affairs Use:*
Date Received: _____  Assigned Investigator: _____  CCIF#: _____
Disposition: _____

Ccnnform RHN 10/1



# WEST PALM BEACH
### Police Department



*Antonio Araujo*
*Chief of Police*

**Complaint Number:** _____

I _Gerardo cruz_ SOLEMNLY SWEAR THAT THE BELOW STATED INFORMATION IS THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH.

DATE OF INCIDENT: 4/24/25          TIME: 9:00 PM

LOCATION OF INCIDENT: Bradley's

NAME OF ACCUSED EMPLOYEE: Allison Hesb

WHAT DID THE EMPLOYEE DO THAT WAS INPROPER?
(HANDWRITTEN OR TYPED, USE ADDITIONAL BLANK PAPER IF NECESSARY)

See Attch

I HAVE READ THE ABOVE AND SWEAR THAT IT IS TRUE.
FSS 92.525: UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING [DOCUMENT] AND THAT THE FACTS STATED IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: _____   DATE: 4/25/25   TIME: 12:56

WITNESS: _____   DATE: _____   TIME: _____



# WEST PALM BEACH
### Police Department



**Internal Affairs Unit**

600 Banyan Blvd
West Palm Beach, FL.33401
561-822-1858

03/13/2025

Gerardo Ortiz
2800 Georgia Avenue G44
West Palm Beach, FL 33405

Re: IA 25-042

Dear Mr. Ortiz,

This is to acknowledge receipt of your initial complaint against a member of the West Palm Beach Police Department.

We anticipate that the investigation will be completed within thirty (30) days from the date of receipt; however, the entire administrative process, from initial receipt of a complaint to final disposition, takes approximately sixty (60) days. You will be notified by letter as to the disposition of the complaint.

Thank you for bringing this matter to our attention. You will be notified when this investigation is complete.

*David Washington #1834*

Sergeant David Washington #1834
Internal Affairs Unit
West Palm Beach Police Department
(561) 822-1767



# WEST PALM BEACH
# POLICE DEPARTMENT

## CITIZEN COMPLAINT AND INQUIRY FORM

Name of Complainant: _Gerardo Ortiz_

Race _W_ Sex: _M_     Date of Birth: _03/04/1985_

Contact Information: Address: _2800 Georgia Ave Apt 644_

City: _West Palm Beach_     State: _FL_     Zipcode: _33401_

Contact Number(s): _____     Email: _synticso 643@gmail.com_

Date of Incident: _03/11/2025_     Time: _1000 pm_     Case Number: _____

Location of Incident: _2800 Georgia Ave Apt 644_

Name of Involved Employee(s) and ID#: _G. McEachin #2872_

**Summary of Incident:**

_Complainant would like to file a complaint on the officers because_
_after making a complaint with Lt Pistorno on 3/11/2025. Several officers came to_
_his house and arrested/detain his mother without cause._

Complainant's Signature: X _____     Date: _03/13/2025_

Supervisor Receiving Complaint: _D. Washington_     ID #: _1834_
                              (Print Name)

Supervisor's Signature: _____ 1834     Date: _03/13/2025_

Supervisor Comments:

☐ Court Issue                      ☐ Statement of Complaint hand delivered
☒ Formal Complaint                 ☐ Statement of Complaint mailed
☐ Resolved with Citizen and/or No Further Action Deemed Necessary (Memo Attached)

Additional Comments:
_____
_____
_____

```
Internal Affairs Use:
Date Received:_____ Assigned Investigator: _____ CCIF#: _____
Disposition: _____
```