UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81087-MATTHEWMAN

GERARDO ORTIZ,

      Plaintiff,

v.

CITY OF WEST PALM BEACH, et al.,

      Defendants.

_____/

### ORDER DIRECTING CLERK TO REOPEN CASE

THIS CAUSE is before the Court upon Plaintiff Gerardo Ortiz's payment of the filing fee. [DE 11]. Therefore, the Clerk of Court is hereby DIRECTED to reopen this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of October 2025.

                                                WILLIAM MATTHEWMAN
                                                Chief United States Magistrate Judge